No. 5521.—Gely, Alcalde, apldo., v. Asamblea Municipal de Patillas, aplte.—C. D. Guayama. ▮▮▮▮▮ Diciembre 15, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)

Apareciendo que la apelación en este caso fué radicada el 30 de julio de 1930, sin que la apelante haya radicado transcripción alguna en la corte inferior, ni en esta, ni solicitado prórroga, se desestima la apelación a solicitud de la apelada.

El Juez Presidente Señor del Toro no intervino.

No. 5559.—Malavé, apldo., v. Lorenzi, aplte.—C. D. Humacao. ▮▮▮▮▮ Enero 23, 1931.

Por cuanto, interpuesta apelación en este caso el 20 de septiembre de 1930, se fueron solicitando prórrogas que vencieron a fines de diciembre de 1930 sin que la transcripción se presentara; y

Por cuanto, no se han radicado aún los autos en este tribunal,

Por tanto, de acuerdo con la ley y la jurisprudencia aplicables, se declara con lugar la moción de la parte apelada, vista el 19 de enero actual con la sola asistencia de su abogado, y en su consecuencia se desestima, por abandono, el recurso.